

REPLY TO
ATTENTION OF

**DEPARTMENT OF THE ARMY**
LOUISVILLE DISTRICT, CORPS OF ENGINEERS
P.O. BOX 59
LOUISVILLE, KENTUCKY 40201-0059

30 September 2008

CELRL CT-M

Alacran/O&S JV
309 S. Main Street
Rockford, IL 61101

Gentlemen:

   Congratulations, your bid submitted in response to **RFP W912QR-08-R-0077, Design Build Move Metal Parts Mission, Rock Island Arsenal, Rock Island, IL,** is hereby accepted in the amount of $19,497,767.00, Total Price Proposal.

   Enclosed herewith is your fully executed copy of **Contract No. W912QR-08-C-0057**, covering the above work, together with performance and payment bond forms in support thereof. Sign and forward your bonds to your bonding agent for completion and return all copies of the bonds to this office, **ATTN: (Denise Gill)** Contracting Division, Louisville District, within ten (10) days of award.

   Please note that the Power of Attorney instrument attached to the bond by the surety must have a certification at the end of the instrument stating that the Power of Attorney is in force as of the date the bond is executed, as well as original signature. If the bond is certified by the Small Business Administration, Form 990 must also be furnished.

   In connection with the execution of contractual documents relating to this contract, such as but not limited to contracts, modifications, pay estimates, change orders and supplemental agreements, it is required that you furnish the following information to the Louisville District:

   1. If your company is a corporation:

   a. A list of the officers and/or employees who are authorized to act on behalf of the corporation (include any limitations on such authorization); such list to be signed by an officer of the corporation.

   b. An attestation by the Secretary of the Corporation (with seal affixed) that the person signing such list is an officer of the corporation

1. If you are a partnership:

A list of the individuals who have contractual authority to act for the partnership; such list to be executed by a partner (with limitations noted.)

2. If you are doing business as an individual:

You must execute a notarized statement of the individuals you designate to act on your behalf (with limitations noted.)

This office will issue a Notice to Proceed for this work upon receipt of acceptable Performance and Payment Bonds.

Quality, cost and time are the critical three aspects in the performance of your contract. Nothing short of a quality product will be acceptable. Safety is of paramount importance to all of us. Your safety performance will be monitored closely. We owe it to everyone on the job site. Colonel Keith Landry, the District Engineer, is available to discuss any issues you feel warrant his attention.

I look forward to working with you on this job.

Sincerely,

Pamela L. Kaelin
Contracting Officer

Enclosures

| SOLICITATION, OFFER, AND AWARD  *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W912QR-08-R-0077 | 2. TYPE OF SOLICITATION  ☐ SEALED BID (IFB)  ☒ NEGOTIATED (RFP) | 3. DATE ISSUED 01-Aug-2008 | PAGE OF PAGES 1 OF 172 |
|---|---|---|---|---|

**IMPORTANT** - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. W912QR-08-C-0057 | 5. REQUISITION/PURCHASE REQUEST NO. W22W9K81753362 | | 6. PROJECT NO. |
|---|---|---|---|
| 7. ISSUED BY   CODE  W912QR  U. S. ARMY ENGINEER DISTRICT, LOUISVILLE  600 DR. MARTIN LUTHER KING, JR. PLACE  ROOM 821  LOUISVILLE KY 40202-2267 | | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE  See Item 7 | |
| TEL: 502.315.6172    FAX: 502.315.6195 OR 6193 | | TEL:    FAX: | |
| 9. FOR INFORMATION CALL: | A. NAME  DENISE M GILL | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)*  (502) 315-6188 | |

## SOLICITATION

**NOTE:** In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS   *(Title, identifying no., date):*

Design/Build Renovations to Building 299, Rock Island Arsenal, IL. The work consists of relocation of the metal parts and machinery operations at Riverbank Army Munitions Plant (RBAAP) and Mississippi Army Ammunition Plant (MAAP) to Rock Island Arsenal. This project will encompass design/build renovations/upgrades to Building 299 at Rock Island, IL to accept metal parts and machinery that will be relocated. The goal of this project is to upgrade the existing warehouse space to accommodate metal parts production.

THIS PROJECT IS BEING ADVERTISED SUBJECT TO AVAILABILITY OF FUNDS (SAF)

The estimated cost range is between $10,000,000 and $25,000,000. This is a unrestricted procurement subject to the price evaluation preference for HUBZone Small Business Concerns (FAR 19.1307).

NAICS Code is 236210. Size Standard is $33.5 million. Please note that business size in CCR is determined by the NAICS code. If the vendor is not listed as a small business for a particular NAICS code in CCR, the business will be considered other than small business.

Amendments:

Amendments 0001, 0002 and 0003 are attached hereto and made a part hereof.

11. The Contractor shall begin performance within __10__ calendar days and complete it within __540__ calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. *(See See 00800 .)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS?  *(If "YES," indicate within how many calendar days after award in Item 12B.)*  ☒ YES  ☐ NO | 12B. CALENDAR DAYS  10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and __6__ copies to perform the work required are due at the place specified in Item 8 by __02:00 PM__ *(hour)* local time __02 Sep 2008__ *(date).* If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☐ is, ☒ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than __90__ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

NSN 7540-01-155-3212         1442-101         STANDARD FORM 1442 (REV. 4-85)  
Prescribed by GSA  
FAR (48 CFR) 53.236-1(e)

CONTRACTOR

# SOLICITATION, OFFER, AND AWARD (Continued)
*(Construction, Alteration, or Repair)*

## OFFER *(Must be fully completed by offeror)*

**14. NAME AND ADDRESS OF OFFEROR** *(Include ZIP Code)*
AlACRAN / OFS JV
309 South Main St.
Rockford, IL 64101

**15. TELEPHONE NO.** *(Include area code)* 815.394.0197

**16. REMITTANCE ADDRESS** *(Include only if different than Item 14)*
See Item 14
AlACRAN / OFS JV
2813 Charles St
Rockford IL 64104

**CODE** | **FACILITY CODE**

**17.** The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within **90** calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

**AMOUNTS** | SEE SCHEDULE OF PRICES

**18.** The offeror agrees to furnish any required performance and payment bonds.

### 19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation — give number and date of each)*

| AMENDMENT NO. | 0001 | 0002 | 0003 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | 8/12 | 9/12 | 9/24 | | | | | | |

**20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER** *(Type or print)* Dai Bui, Alacran President
**20B. SIGNATURE** /signed/
**20C. OFFER DATE** 9/25/08

## AWARD *(To be completed by Government)*

**21. ITEMS ACCEPTED:**
Total Base Bid

**22. AMOUNT** $19,497,767.00
**23. ACCOUNTING AND APPROPRIATION DATA** 97 NAX 0512 50C1 H2 2008 088041 11304661000 33017 3230 B33F50

**24. SUBMIT INVOICES TO ADDRESS SHOWN IN** ITEM *(4 copies unless otherwise specified)*

**25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO**
☐ 10 U.S.C. 2304(c)   ☐ 41 U.S.C. 253(c)

**26. ADMINISTERED BY** CODE
US Army Corps of Engineers, Louisville
Military/Reserve Team, Room 821
600 Dr. Martin Luther King Jr. Place
Louisville, KY 40202

**27. PAYMENT WILL BE MADE BY:** CODE
USACE Finance Center (UFC)
5722 Integrity Drive
Millington, TN 38054-5005

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ **28. NEGOTIATED AGREEMENT** *(Contractor is required to sign this document and return ___ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☒ **29. AWARD** *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

**30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN** *(Type or print)*

**30B. SIGNATURE** | **30C. DATE**

**31A. NAME OF CONTRACTING OFFICER** *(Type or print)*
Pamela L. Kaelin
TEL: | EMAIL:

**31B. UNITED STATES OF AMERICA**
BY /signed/

**31C. AWARD DATE** 30 Sept 2008

NSN 7540-01-155-3212 | STANDARD FORM 1442 BACK (REV. 4-85)

# Section 00010 - Solicitation Contract Form

\* \* \* Safety Pays \* \* \*

Solicitation: W912QR-08-R-0077
PROJECT: Renovation of Building 299, Relocation of Metal Parts Building
LOCATION: Rock Island Arsenal, Illinois

## PRICE BREAKOUT SCHEDULE

OFFEROR'S NAME: _ALACRAN / O&S, JV_

| ITEM No. | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 0001 | All renovations and improvements to the southwest quadrant of Building 299, including attached shed areas, in the work area indicated, for building to receive the relocated Metal Parts Mission. See Note 8. _Includes changes, in response dated 9/25/08_ | Lump Sum | $17,958,697.00 |
| 0002 | Site Improvements (includes all site work) | Lump Sum | $839,070.00 |
| 0003 | Project Design Fees | Lump Sum | $700,000.00 |
| | TOTAL PROPOSAL | | $19,497,767.00 |

Contract Duration in Calendar Days
After the Notice to Proceed is Received
Not to Exceed 540 Days.
(See Note No. 5) __540__ DAYS

## NOTES FOR CONTRACT LINE ITEM (CLIN) SCHEDULE

NOTE NO. 1. To better facilitate the receipt and proposal process, all modifications to proposals are to be submitted on copies of the latest Contract Line Item (CLIN) schedules as published in the solicitation or the latest amendment thereto. In lieu of indicating additions/deductions to line items, all Offerors should state their revised prices for each item.

NOTE NO. 2. Offerors must insert a price on all numbered items of the CLIN Schedule. Failure to do so may result in the offer being unacceptable.

NOTE NO. 3. The Offeror shall distribute costs for the designer's role during construction into the construction CLIN's, as appropriate for those efforts, including any costs associated with as-built

U.S. Army Corps of Engineers
Louisville District
Contracting Division
PERFORMANCE/PAYMENT BOND CHECKLIST

Please refer to this checklist when filling out your Performance/Payment Bonds.

1. _____ Is the Performance/Payment Bond executed on the correct form? (documents with latest revision dates enclosed)
2. _____ Is the execution date the same as or later than the contract/award date?
3. _____ Is the Principal's name on the bonds and contract exactly the same?
4. _____ If the Principal is a Partnership or joint venture, are the Partners' names listed in the Principal's block in the upper left-hand corner of the bond form with the trade name?
5. _____ Is the type of organization correctly checked on behalf of the Principal?
6. _____ Is the State of incorporation listed on behalf of the Principal?
7. _____ Is the Surety's name exactly as listed on the Treasury Department Circular and is its business address listed?
8. _____ Does the penal sum on each bond comply with FAR28.102-2 (completed)
9. _____ Is the penal sum of the Performance Bond within the Surety's underwriting limitation from the latest Treasury Department Circular?
10. _____ Is the contract date on the bonds the same as the award date in block 31C on the Standard Form 1442? (completed)
11. _____ Is the contract number on the bonds the same as the number in block 4 on Standard Form 1442? (completed)
12. _____ Did the Principal execute the bonds? Is the typed or printed name and title beneath the signature?
13. _____ Is the Corporate Seal affixed to the bonds on behalf of the Principal and does it read the same as the name in the Principal's block in the upper left-hand corner of the bond form? If not, citation from State law which states that a seal is not required to bind the Corporation must be furnished.
14. _____ Is the name and address of the Surety Company listed?
15. _____ Did the Surety execute the bonds? Is the name and title typed or printed beneath the signature?
16. _____ Is the Corporate Seal affixed to the bonds on behalf of the Surety?
17. _____ Is the original Power of Attorney for the Surety Company attached to the bonds?
18. _____ Is the Attorney-in-Fact's name on the bonds the same as on the Power of Attorney?
19. _____ Is the certification date on the Power of Attorney the same as or later than the bond execution date?
20. _____ Has the Corporate Seal been affixed on the Power of Attorney at the signature of the certifying official?

| PERFORMANCE BOND | DATE BOND EXECUTED *(Must be same or later than date of contract)* | OMB No.: 9000-0045 |
|---|---|---|
| *(See instructions on reverse)* | | |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* |
|---|---|
| | ☐ INDIVIDUAL   ☐ PARTNERSHIP |
| | ☐ JOINT VENTURE   ☐ CORPORATION |
| | STATE OF INCORPORATION |

| SURETY(IES) *(Name(s) and business address(es))* | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | CONTRACT DATE | | CONTRACT NO. | |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal -

   (a)(1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

   (b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

**WITNESS:**

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

### PRINCIPAL

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | 3. | |

### INDIVIDUAL SURETY(IES)

| | 1. | 2. | |
|---|---|---|---|
| SIGNATURE(S) | (Seal) | | (Seal) |
| NAME(S) *(Typed)* | 1. | 2. | |

### CORPORATE SURETY(IES)

| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

STANDARD FORM 25 (REV. 5-96)
Prescribed by GSA - FAR (48 CFR) 53.228(b)
USAPA V1.00

## CORPORATE SURETY(IES) *(Continued)*

| | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|
| **SURETY B** NAME & ADDRESS | | | | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|
| **SURETY C** NAME & ADDRESS | | | | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|
| **SURETY D** NAME & ADDRESS | | | | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|
| **SURETY E** NAME & ADDRESS | | | | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|
| **SURETY F** NAME & ADDRESS | | | | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|
| **SURETY G** NAME & ADDRESS | | | | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

| PAYMENT BOND | DATE BOND EXECUTED *(Must be same or later than date of contract)* | |
|---|---|---|
| *(See instructions on reverse)* | | OMB NO.:9000-0045 |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* |
|---|---|
| | ☐ INDIVIDUAL   ☐ PARTNERSHIP |
| | ☐ JOINT VENTURE   ☐ CORPORATION |
| | STATE OF INCORPORATION |

| SURETY(IES) *(Name(s) and business address(es))* | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | CONTRACT DATE | CONTRACT NO. | | |

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and sucessors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

## WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

### PRINCIPAL

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | 3. | |

### INDIVIDUAL SURETY(IES)

| | 1. | 2. | |
|---|---|---|---|
| SIGNATURE(S) | (Seal) | | (Seal) |
| NAME(S) *(Typed)* | 1. | 2. | |

### CORPORATE SURETY(IES)

| | | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | | | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION  
Previous edition usable

USAPA V1.00

**STANDARD FORM 25A** (REV. 10-98)  
Prescribed by GSA - FAR (48 CFR) 53.228(c)

## CORPORATE SURETY(IES) (Continued)

| | | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|---|
| SURETY B | SIGNATURE(S) | 1. | | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| SURETY C | | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| SURETY D | | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| SURETY E | | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| SURETY F | | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| SURETY G | | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.