# INVOICE

**TREMCO**
3735 GREEN ROAD, BEACHWOOD, OH 44122-5730 (216)292-5000

**WEATHERPROOFING TECHNOLOGIES, INC.**

**REPRINT** 11/26/2012

**ACCOUNT NUMBER** 6049555

| INVOICE NO. | INVOICE DATE | DUE DATE |
|---|---|---|
| 92226958 | 11/30/2009 | 12/30/2009 |

**SHIP TO**
ROCK ISLAND ARSENAL
BUILDING 299
ROCK ISLAND IL 61299

**CHARGE TO**
ALACRAN / O&S JV
309 S Main St
ROCKFORD IL 61101-1309

| CUST. P.O. |
|---|
| A08-108-1 |

| ORDER NUMBER |
|---|
| 35008969 |

| TERMS |
|---|
| Net 30 |

| SHIPPED FROM | SHIP DATE |
|---|---|
| | |

| ROUTING - IF SPECIFIED | DELIVERY NO. |
|---|---|
| | |

(PLEASE MAKE ANY CORRECTIONS TO ABOVE INFORMATION)
NO RETURN MERCHANDISE UNLESS AUTHORIZED BY OUR REPRESENTATIVE

REPRESENTATIVES Yoder, Jeremy

FREIGHT (F.O.B.: SHIPPING POINT)
PPA PREPAID AND ADD

| QTY | FORMULA NO. AND DESCRIPTION | UNIT QTY | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | CONTRACTING /GENERAL CONTRACTING SERVICES | 1 EA | | 2,332,910.00 |
| | ROCK ISLAND ARSENAL-71886 | | | |
| | ROCK ISLAND ARSENAL | | | |
| | BUILDING 299 | | | |
| | PROJECT: A08-108 | | | |
| | PURCHASE ORDER# A08-108-1 | | | |
| | BILLED 11/30/09 | | | |
| | M LLOYD 216-514-7543 | | | |
| | Service Order:9139705 | | | |
| | | | | |
| | If you would prefer to receive your invoices by email or fax, please contact Customer Service. | | | |

An **RPM** Company

| LOCAL TAX | COUNTY TAX | STATE TAX |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

| SUBTOTAL | 2,332,910.00 |
|---|---|
| SALES TAX | 0.00 |
| SHIPPING | 0.00 |
| **TOTAL DUE** | **2,332,910.00** |

---

## PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE

ALACRAN / O&S JV
309 S Main St
ROCKFORD IL 61101-1309

ACCOUNT NUMBER: 6049555
CUST. P.O.: A08-108-1
TERMS: Net 30

| INVOICE NO. | INVOICE DATE |
|---|---|
| 92226958 | 11/30/2009 |

SUBTOTAL 2,332,910.00
SALES TAX 0.00
SHIPPING 0.00
TOTAL DUE 2,332,910.00 USD

IF THIS ORDER IS SALES TAX EXEMPT AND WE HAVE CHARGED SALES TAX, MARK BOX AND RETURN A COMPLETED, SIGNED SALES TAX EXEMPTION CERTIFICATE WITH YOUR REMITTANCE. THANK YOU.

**COMMENTS:** Mail check to address shown or call to pay by ACH. Check-by-Phone, Check-by-Fax, or wire transfer. Credit card accepted at time of purchase.

Tremco/Weatherproofing Technologies, Inc.
P.O. BOX 931111
CLEVELAND, OH 44193-0511

REMIT TO:

An **RPM** Company    Thank you for your payment. We appreciate your business.

# INVOICE

**TREMCO**
3735 GREEN ROAD, BEACHWOOD, OH 44122-5730 (216)292-5000

**WEATHERPROOFING TECHNOLOGIES, INC.**

**REPRINT** 11/26/2012

ACCOUNT NUMBER 6049555

| INVOICE NO. | INVOICE DATE | DUE DATE |
|---|---|---|
| 92271068 | 03/10/2010 | 04/09/2010 |

**SHIP TO**
ROCK ISLAND ARSENAL
BUILDING 299
ROCK ISLAND IL 61299

CUST. P.O.: A08-108-1

**CHARGE TO**
ALACRAN / O&S JV
309 S Main St
ROCKFORD IL 61101-1309

ORDER NUMBER: 35008969

TERMS: Net 30

SHIPPED FROM: 
SHIP DATE:
ROUTING - IF SPECIFIED:
DELIVERY NO.:

(PLEASE MAKE ANY CORRECTIONS TO ABOVE INFORMATION)
NO RETURN MERCHANDISE UNLESS AUTHORIZED BY OUR REPRESENTATIVE

REPRESENTATIVES: Yoder, Jeremy

FREIGHT (F.O.B.: SHIPPING POINT)
PPA PREPAID AND ADD

| QTY | FORMULA NO. AND DESCRIPTION | UNIT QTY | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | CONTRACTING /GENERAL CONTRACTING SERVICES | 1 EA | | 1,875,886.92 |
| | ROCK ISLAND ARSENAL-71886 | | | |
| | ROCK ISLAND ARSENAL | | | |
| | BUILDING 299 | | | |
| | PROJECT: A08-108 | | | |
| | PURCHASE ORDER# A08-108-1 | | | |
| | BILLED 3/10/10 | | | |
| | M LLOYD 216-514-7543 | | | |
| | Service Order:9139705 | | | |
| | | | | |
| | If you would prefer to receive your invoices by email or fax, please contact Customer Service. | | | |

An **RPM** Company

| LOCAL TAX | COUNTY TAX | STATE TAX |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| SUBTOTAL | 1,875,886.92 |
| SALES TAX | 0.00 |
| SHIPPING | 0.00 |
| **TOTAL DUE** | **1,875,886.92** |

BEDNARJO

---

## PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE

ALACRAN / O&S JV
309 S Main St
ROCKFORD IL 61101-1309

ACCOUNT NUMBER: 6049555
CUST. P.O.: A08-108-1
TERMS: Net 30

| INVOICE NO. | INVOICE DATE |
|---|---|
| 92271068 | 03/10/2010 |

SUBTOTAL 1,875,886.92
SALES TAX 0.00
SHIPPING 0.00
TOTAL DUE 1,875,886.92 USD

IF THIS ORDER IS SALES TAX EXEMPT AND WE HAVE CHARGED SALES TAX, MARK BOX AND RETURN A COMPLETED, SIGNED SALES TAX EXEMPTION CERTIFICATE WITH YOUR REMITTANCE. THANK YOU.

COMMENTS: Mail check to address shown or call to pay by ACH, Check-by-Phone, Check-by-Fax, or wire transfer. Credit card accepted at time of purchase.

REMIT TO:
Tremco/Weatherproofing Technologies, Inc.
P.O. BOX 931111
CLEVELAND, OH 44193-0511

An **RPM** Company    Thank you for your payment. We appreciate your business.

INVOICE

**TREMCO**
3735 GREEN ROAD, BEACHWOOD, OH 44122-5730 (216)292-5000

**WEATHERPROOFING TECHNOLOGIES, INC.**

**REPRINT** 11/26/2012

ACCOUNT NUMBER 6049555

| INVOICE NO. | INVOICE DATE | DUE DATE |
|---|---|---|
| 92290419 | 04/14/2010 | 05/14/2010 |

**SHIP TO**
ROCK ISLAND ARSENAL
BUILDING 299
ROCK ISLAND IL 61299

CUST. P.O.
A08-108-1

**CHARGE TO**
ALACRAN / O&S JV
309 S Main St
ROCKFORD IL 61101-1309

ORDER NUMBER
35008969

TERMS
Net 30

SHIPPED FROM | SHIP DATE

ROUTING - IF SPECIFIED | DELIVERY NO.

(PLEASE MAKE ANY CORRECTIONS TO ABOVE INFORMATION)
NO RETURN MERCHANDISE UNLESS AUTHORIZED BY OUR REPRESENTATIVE

REPRESENTATIVES Yoder, Jeremy

FREIGHT (F.O.B.: SHIPPING POINT)
PPA PREPAID AND ADD

| QTY | FORMULA NO. AND DESCRIPTION | UNIT QTY | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | CONTRACTING /GENERAL CONTRACTING SERVICES  ROCK ISLAND ARSENAL-71886 ROCK ISLAND ARSENAL BUILDING 299 PROJECT: A08-108 PURCHASE ORDER# A08-108-1 BILLED 4/14/10 M LLOYD 216-514-7543 Service Order:9139705  If you would prefer to receive your invoices by email or fax, please contact Customer Service. | 1 EA | | 1,536,094.64 |

An **RPM** Company

| LOCAL TAX | COUNTY TAX | STATE TAX |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

| SUBTOTAL | 1,536,094.64 |
|---|---|
| SALES TAX | 0.00 |
| SHIPPING | 0.00 |
| **TOTAL DUE** | **1,536,094.64** |

---

**PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE**

ALACRAN / O&S JV
309 S Main St
ROCKFORD IL 61101-1309

ACCOUNT NUMBER: 6049555
CUST. P.O.: A08-108-1
TERMS: Net 30

| INVOICE NO. | INVOICE DATE |
|---|---|
| 92290419 | 04/14/2010 |

SUBTOTAL 1,536,094.64
SALES TAX 0.00
SHIPPING 0.00
TOTAL DUE 1,536,094.64 USD

IF THIS ORDER IS SALES TAX EXEMPT AND WE HAVE CHARGED SALES TAX, MARK BOX AND RETURN A COMPLETED, SIGNED SALES TAX EXEMPTION CERTIFICATE WITH YOUR REMITTANCE. THANK YOU.

Tremco/Weatherproofing Technologies, Inc.
P.O. BOX 931111
CLEVELAND, OH 44193-0511

COMMENTS: Mail check to address shown or call to pay by ACH, Check-by-Phone, Check-by-Fax, or wire transfer. Credit card accepted at time of purchase.

An **RPM** Company    Thank you for your payment. We appreciate your business.

INVOICE



**TREMCO**
**WEATHERPROOFING TECHNOLOGIES, INC.**

TREMCO
3735 GREEN ROAD, BEACHWOOD, OH 44122-5730 (216)292-5000

**REPRINT**
11/26/2012

ACCOUNT NUMBER 6049555

| INVOICE NO. | INVOICE DATE | DUE DATE |
|---|---|---|
| 92462754 | 01/25/2011 | 02/24/2011 |

**SHIP TO**
ROCK ISLAND ARSENAL
BUILDING 299
ROCK ISLAND IL 61299

CUST. P.O.
A08-108-1

**CHARGE TO**
ALACRAN / O&S JV
309 S Main St
ROCKFORD IL 61101-1309

ORDER NUMBER
35008969

TERMS
Net 30

SHIPPED FROM | SHIP DATE

ROUTING - IF SPECIFIED | DELIVERY NO.

(PLEASE MAKE ANY CORRECTIONS TO ABOVE INFORMATION)
NO RETURN MERCHANDISE UNLESS AUTHORIZED BY OUR REPRESENTATIVE

REPRESENTATIVES Yoder, Jeremy

FREIGHT (F.O.B.: SHIPPING POINT)
PPA PREPAID AND ADD

| QTY | FORMULA NO. AND DESCRIPTION | UNIT QTY | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | CONTRACTING /GENERAL CONTRACTING SERVICES | 1 EA | | 1,000,000.00 |
| | ROCK ISLAND ARSENAL-71886 | | | |
| | ROCK ISLAND ARSENAL | | | |
| | BUILDING 299 | | | |
| | PROJECT: A08-108 | | | |
| | PURCHASE ORDER# A08-108-1 | | | |
| | BILLED 1/25/11 | | | |
| | M LLOYD 216-514-7543 | | | |
| | Service Order:9139705 | | | |
| | | | | |
| | If you would prefer to receive your invoices by email or fax, please contact Customer Service. | | | |

An RPM Company

| | | | SUBTOTAL | 1,000,000.00 |
|---|---|---|---|---|
| LOCAL TAX 0.00 | COUNTY TAX 0.00 | STATE TAX 0.00 | SALES TAX | 0.00 |
| | | | SHIPPING | 0.00 |
| | | | **TOTAL DUE** | **1,000,000.00** |

BEDNARJO

---

**PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE**

ALACRAN / O&S JV
309 S Main St
ROCKFORD IL 61101-1309

ACCOUNT NUMBER: 6049555
CUST. P.O.: A08-108-1
TERMS: Net 30

| INVOICE NO. | INVOICE DATE |
|---|---|
| 92462754 | 01/25/2011 |

SUBTOTAL 1,000,000.00
SALES TAX 0.00
SHIPPING 0.00
**TOTAL DUE 1,000,000.00 USD**

IF THIS ORDER IS SALES TAX EXEMPT AND WE HAVE CHARGED SALES TAX, MARK BOX AND RETURN A COMPLETED, SIGNED SALES TAX EXEMPTION CERTIFICATE WITH YOUR REMITTANCE. THANK YOU.

COMMENTS: Mail check to address shown or call to pay by ACH. Check-by-Phone, Check-by-Fax, or wire transfer. Credit card accepted at time of purchase.

Tremco/Weatherproofing Technologies, Inc.
P.O. BOX 931111
CLEVELAND, OH 44193-0511
REMIT TO:

An RPM Company    Thank you for your payment. We appreciate your business.

| | | | |
|---|---|---|---|
| | | | **INVOICE** |

TREMCO
3735 GREEN ROAD, BEACHWOOD, OH 44122-5730 (216)292-5000

**TREMCO WEATHERPROOFING TECHNOLOGIES, INC.**

**REPRINT** 11/26/2012

ACCOUNT NUMBER 6049555

| INVOICE NO. | INVOICE DATE | DUE DATE |
|---|---|---|
| 92700653 | 02/29/2012 | 03/30/2012 |

**SHIP TO**
ROCK ISLAND ARSENAL
BUILDING 299
ROCK ISLAND IL 61299

| CUST. P.O. |
|---|
| A08-108-1 |

| ORDER NUMBER |
|---|
| 35008969 |

**CHARGE TO**
ALACRAN / O&S JV
309 S Main St
ROCKFORD IL 61101-1309

| TERMS |
|---|
| Net 30 |

| SHIPPED FROM | SHIP DATE |
|---|---|
| | |

| ROUTING - IF SPECIFIED | DELIVERY NO. |
|---|---|
| | |

(PLEASE MAKE ANY CORRECTIONS TO ABOVE INFORMATION)
NO RETURN MERCHANDISE UNLESS AUTHORIZED BY OUR REPRESENTATIVE

REPRESENTATIVES Yoder, Jeremy

FREIGHT (F.O.B.: SHIPPING POINT)
PPA PREPAID AND ADD

| QTY | FORMULA NO. AND DESCRIPTION | UNIT QTY | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | CONTRACTING /GENERAL CONTRACTING SERVICES | 1 EA | | 450,000.00 |
| | ROCK ISLAND ARSENAL-71886 | | | |
| | ROCK ISLAND ARSENAL | | | |
| | BUILDING 299 | | | |
| | PROJECT: A08-108 | | | |
| | PURCHASE ORDER# A08-108-1 | | | |
| | Partial Billing | | | |
| | Heather Rink (216)766-5695 | | | |
| | Service Order:9139705 | | | |
| | | | | |
| | If you would prefer to receive your invoices by email or fax, please contact Customer Service. | | | |

An **RPM** Company

| | SUBTOTAL | 450,000.00 |
|---|---|---|
| LOCAL TAX 0.00 / COUNTY TAX 0.00 / STATE TAX 0.00 | SALES TAX | 0.00 |
| | SHIPPING | 0.00 |
| | **TOTAL DUE** | 450,000.00 |

---

**PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE**

ALACRAN / O&S JV
309 S Main St
ROCKFORD IL 61101-1309

ACCOUNT NUMBER: 6049555
CUST. P.O.: A08-108-1
TERMS: Net 30

| INVOICE NO. | INVOICE DATE |
|---|---|
| 92700653 | 02/29/2012 |

SUBTOTAL 450,000.00
SALES TAX 0.00
SHIPPING 0.00
**TOTAL DUE 450,000.00 USD**

IF THIS ORDER IS SALES TAX EXEMPT AND WE HAVE CHARGED SALES TAX, MARK BOX AND RETURN A COMPLETED, SIGNED SALES TAX EXEMPTION CERTIFICATE WITH YOUR REMITTANCE. THANK YOU.

COMMENTS: Mail check to address shown or call to pay by ACH. Check-by-Phone, Check-by-Fax, or wire transfer. Credit card accepted at time of purchase.

REMIT TO:
Tremco/Weatherproofing Technologies, Inc.
P.O. BOX 931111
CLEVELAND, OH 44193-0511

An **RPM** Company    Thank you for your payment. We appreciate your business.

# INVOICE



**TREMCO** **WEATHERPROOFING TECHNOLOGIES, INC.**

TREMCO
3735 GREEN ROAD, BEACHWOOD, OH 44122-5730 (216)292-5000

**REPRINT** 11/26/2012

ACCOUNT NUMBER 6049555

| INVOICE NO. | INVOICE DATE | DUE DATE |
|---|---|---|
| 92700654 | 02/29/2012 | 03/30/2012 |

**SHIP TO**
ROCK ISLAND ARSENAL
BUILDING 299
ROCK ISLAND IL  61299

CUST. P.O.
A08-108-1

**CHARGE TO**
ALACRAN / O&S JV
309 S Main St
ROCKFORD IL  61101-1309

ORDER NUMBER
35008969

TERMS
Net 30

SHIPPED FROM

SHIP DATE

ROUTING - IF SPECIFIED

DELIVERY NO.

(PLEASE MAKE ANY CORRECTIONS TO ABOVE INFORMATION)
NO RETURN MERCHANDISE UNLESS AUTHORIZED BY OUR REPRESENTATIVE

REPRESENTATIVES Yoder, Jeremy

FREIGHT (F.O.B.: SHIPPING POINT)
PPA PREPAID AND ADD

| QTY | FORMULA NO. AND DESCRIPTION | UNIT QTY | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | CONTRACTING /GENERAL CONTRACTING SERVICES | 1 EA | | 448,233.10 |
| | ROCK ISLAND ARSENAL-71886 | | | |
| | ROCK ISLAND ARSENAL | | | |
| | BUILDING 299 | | | |
| | PROJECT: A08-108 | | | |
| | PURCHASE ORDER# A08-108-1 | | | |
| | Partial Billing | | | |
| | Heather Rink   (216)766-5695 | | | |
| | Service Order:9139705 | | | |
| | If you would prefer to receive your invoices by email or fax, please contact Customer Service. | | | |

An **RPM** Company

| LOCAL TAX | COUNTY TAX | STATE TAX |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

| SUBTOTAL | 448,233.10 |
|---|---|
| SALES TAX | 0.00 |
| SHIPPING | 0.00 |
| **TOTAL DUE** | 448,233.10 |

BEDNARJO

---

**PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE**

ALACRAN / O&S JV
309 S Main St
ROCKFORD IL  61101-1309

ACCOUNT NUMBER: 6049555
CUST. P.O.: A08-108-1
TERMS: Net 30

Tremco/Weatherproofing Technologies, Inc.
P.O. BOX 931111
CLEVELAND, OH 44193-0511
REMIT TO:

| INVOICE NO. | INVOICE DATE |
|---|---|
| 92700654 | 02/29/2012 |

SUBTOTAL     448,233.10
SALES TAX         0.00
SHIPPING          0.00
TOTAL DUE    448,233.10 USD

IF THIS ORDER IS SALES TAX
EXEMPT AND WE HAVE
CHARGED SALES TAX,
MARK BOX AND RETURN
A COMPLETED, SIGNED
SALES TAX EXEMPTION
CERTIFICATE WITH YOUR
REMITTANCE. THANK YOU.

COMMENTS: Mail check to address shown or call to pay by ACH, Check-by-Phone, Check-by-Fax, or wire transfer. Credit card accepted at time of purchase.

An **RPM** Company    Thank you for your payment. We appreciate your business.

# INVOICE

**TREMCO**
3735 GREEN ROAD, BEACHWOOD, OH 44122-5730 (216)292-5000

**WEATHERPROOFING TECHNOLOGIES, INC.**

**REPRINT** 11/26/2012

**ACCOUNT NUMBER** 6049555

| INVOICE NO. | INVOICE DATE | DUE DATE |
|---|---|---|
| 92799753 | 08/14/2012 | 09/13/2012 |

**SHIP TO**
ROCK ISLAND ARSENAL
BUILDING 299
ROCK ISLAND IL 61299

**CUST. P.O.** A08-108-1

**CHARGE TO**
ALACRAN / O&S JV
309 S Main St
ROCKFORD IL 61101-1309

**ORDER NUMBER** 35008969

**TERMS** Net 30

SHIPPED FROM | SHIP DATE
ROUTING - IF SPECIFIED | DELIVERY NO.

(PLEASE MAKE ANY CORRECTIONS TO ABOVE INFORMATION)
NO RETURN MERCHANDISE UNLESS AUTHORIZED BY OUR REPRESENTATIVE

REPRESENTATIVES Yoder, Jeremy

FREIGHT (F.O.B.: SHIPPING POINT)
PPA PREPAID AND ADD

| QTY | FORMULA NO. AND DESCRIPTION | UNIT QTY | PRICE | AMOUNT |
|---|---|---|---|---|
| 25880 | QA+20 TWENTY YEAR QA PLUS WARRANTY<br>ROCK ISLAND ARSENAL<br>BLDG 299 - MOVE METAL PARTS MISSION<br>ROOFS 64, 66 & 68<br>ROCK ISLAND, IL 61299<br>QA WARRANTY #138777 | 25880 FT2 | | 5,176.00 |
| 1 | CONTRACTING /GENERAL CONTRACTING SERVICES<br><br>ROCK ISLAND ARSENAL-71886<br>ROCK ISLAND ARSENAL<br>BUILDING 299<br>PROJECT: A08-108<br>PURCHASE ORDER# A08-108-1<br>Final Billing<br>Heather Rink (216)766-5695<br>Service Order:9139705<br><br>If you would prefer to receive your invoices by email or fax, please contact Customer Service. | 1 EA | | 150,806.14 |

An **RPM** Company

| LOCAL TAX | COUNTY TAX | STATE TAX |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

| SUBTOTAL | 155,982.14 |
|---|---|
| SALES TAX | 0.00 |
| SHIPPING | 0.00 |
| **TOTAL DUE** | **155,982.14** |

BEDNARJO

---

## PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE

ALACRAN / O&S JV
309 S Main St
ROCKFORD IL 61101-1309

ACCOUNT NUMBER: 6049555
CUST. P.O.: A08-108-1
TERMS: Net 30

| INVOICE NO. | INVOICE DATE |
|---|---|
| 92799753 | 08/14/2012 |

SUBTOTAL 155,982.14
SALES TAX 0.00
SHIPPING 0.00
**TOTAL DUE 155,982.14 USD**

IF THIS ORDER IS SALES TAX EXEMPT AND WE HAVE CHARGED SALES TAX, MARK BOX AND RETURN A COMPLETED, SIGNED SALES TAX EXEMPTION CERTIFICATE WITH YOUR REMITTANCE. THANK YOU.

**COMMENTS:** Mail check to address shown or call to pay by ACH, Check-by-Phone, Check-by-Fax, or wire transfer. Credit card accepted at time of purchase.

Tremco/Weatherproofing Technologies,Inc.
P.O. BOX 931111
CLEVELAND, OH 44193-0511



An **RPM** Company  Thank you for your payment. We appreciate your business.